# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

April 20, 2015

Cathy Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

**FILED**

04/20/2015

**Twelfth Court of Appeals**
**Cathy Lusk**
**Clerk**

RE:   Michael Garza v. State
      Appeal Numbers:   12-14-00051-CR and 12-14-00052-CR
      Trial Numbers:    002-81506-12 and 002-83977-12

Dear Ms. Lusk,

In accordance with Rule 48.4, I certify that I sent a copy of this Court's Opinion and Judgments to Mr. Michael Garza at his last known address and complied with Rule 48.4. I cannot enclose the return receipt from the postal service because I have not yet received it. If you have any questions, please feel free to contact me at any time.

Sincerely,

James Huggler

cc:       Michael West

C:\data\Corel User Files\Clients\APPEALS\Garza, Michael Angel\Court.48-4Letter.wpd

---

First Place Building  •  100 East Ferguson, Suite 805  •  Tyler, Texas 75702
903-593-2400  •  www.jameshugglerlaw.com  •  Fax 903-593-3830